NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit
Chicago, Illinois 60604**

Submitted March 14, 2012[*]
Decided March 30, 2012

*Before*

DANIEL A. MANION, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 11-3171

| | |
|---|---|
| CLARENCE JACKSON, | Appeal from the United States District |
| *Plaintiff-Appellant,* | Court for the Central District of Illinois. |
| | |
| *v.* | No. 10-CV-2114 |
| | |
| MICHAEL J. ASTRUE, | Harold A. Baker, |
| Commissioner of Social Security, | *Judge.* |
| *Defendant-Appellee.* | |

## O R D E R

After successfully appealing an ALJ's finding that he was not disabled, Clarence Jackson filed this lawsuit seeking a decade's worth of Social Security benefits, including proceeds that the agency had deducted to cover previous overpayments. The district court

---

[*] After examining the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* FED. R. APP. P. 34(a)(2)(C).

granted the Commissioner's motion to dismiss for lack of subject-matter jurisdiction, finding that Jackson had not exhausted his administrative remedies with regard to challenging the ruling on the deductions. The court further noted that Jackson's complaint was untimely in that it had not been filed within 60 days of the Appeals Council's favorable decision.

Jackson appeals but his appellate brief does not address the district court's grounds for dismissal. Although Jackson asserts that the court's decision "constituted restraint on liberty activity," he does not explain how the court erred in concluding that dismissal was appropriate. And although we construe pro se filings liberally, even uncounseled litigants must present arguments supported by citations to the record and legal authority. *See* FED. R. APP. P. 28(a)(9)(A); *Anderson v. Hardman*, 241 F.3d 544, 545–46 (7th Cir. 2001).

DISMISSED.